**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>Antonio Gabriel Chavez,<br>Defendant. | No. CR-26-03779-001-TUC-JGZ (LCK)<br>**ORDER** |

Upon motion by the Defendant (Doc. 18), good cause having been shown, and pursuant to Fed. R. Crim. P. 6(e)(3)(E),

IT IS HEREBY ORDERED that the Government shall disclose the Grand Jury material in the above-referenced matter to defense counsel in connection with the above-captioned judicial proceeding.

IT IS FURTHER ORDERED that defense counsel not duplicate or otherwise disseminate the Grand Jury material produced pursuant to this Order.

Dated this 31st day of July, 2026.

Lynnette C. Kimmins

Honorable Lynnette C. Kimmins
United States Magistrate Judge